# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTOS DIAZ-HERNANDEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>SIX UNKNOWN NAMES AGENTS, et al.,<br><br>    Defendants. | Case No. 1:13-cv-01921-AWI-SKO PC<br><br>ORDER DISMISSING ACTION<br><br>(Doc. 2) |

On November 27, 2013, the Court issued an order striking Plaintiff's unsigned complaint and requiring Plaintiff to file a signed complaint and either pay the $400.00 filing fee or file an application to proceed in forma pauperis, within thirty days. More than thirty days have passed and Plaintiff has not complied with or otherwise responded to the Court's order. Plaintiff was warned that dismissal would occur if he failed to obey the order.

A civil action may not proceed absent the submission of a signed complaint and either the filing fee or a completed application to proceed in forma pauperis. 28 U.S.C. §§ 1914, 1915; Fed. R. Civ. P. 3, 11(a). Based on Plaintiff's failure to comply with the Court's order, dismissal of this action is appropriate. *In re Phenylpropanolamine (PPA) Products Liability Litigation*, 460 F.3d 1217, 1226 (9th Cir. 2006); Local Rule 110.

Accordingly, the Court HEREBY ORDERS this action dismissed for failure to prosecute.[1]

IT IS SO ORDERED.

Dated:   January 10, 2014                                       _____
                                                                     SENIOR DISTRICT JUDGE

---

[1] Plaintiff filed a notice of appeal on December 4, 2013, and pursuant to the appellate court's order of December 20, 2013, the appeal was not permitted to proceed. (Docs. 3, 5.) Plaintiff filed a second notice of appeal on January 6, 2014. (Doc. 6.) "When a Notice of Appeal is defective in that it refers to a non-appealable interlocutory order, it does not transfer jurisdiction to the appellate court, and so the ordinary rule that the district court cannot act until the mandate has issued on the appeal does not apply." *Nascimento v. Dummer*, 508 F.3d 905, 908 (9th Cir. 2007). As with the first appeal, Plaintiff's second appeal relates to a non-appealable interlocutory order and therefore, the Court has not been divested of jurisdiction. *Id.*